PAT McLAUGHLIN v. THE STATE.

No. 6764.   Decided March 22, 1922.

**Intoxicating Liquor—Unlawful Possession of Equipment—Repeal.**

A conviction for the unlawful possession of equipment for the manufacture of intoxicating liquor since the law has been repealed cannot be sustained.   Following Cox v. State, 90 Texas Crim. Rep., 256, 234 S. W. Rep., 531.

Appeal from the District Court of Hale.   Tried below before the Honorable R. C. Joiner.

Appeal from a conviction of unlawful possession of equipment for the manufacture of intoxicating liquor; penalty, four years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

_R. G. Storey,_ Assistant Attorney General, for the State. ·

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful possession of equipment for the manufacture of intoxicating liquor.

The conviction cannot stand for the reason that the act denouncing the offense was repealed, and under Article 16 of the Penal Code, the prosecution must abate. Cox v. State, 90 Texas Crim. Rep. 256 and 234 S. W. Rep. 531.

The judgment is reversed and the prosecution ordered dismissed.

_Reversed and dismissed._